THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL NORTON, Appellant.

Submitted January 23, 2012; decided February 9, 2012

Reported below, 87 AD3d 1310.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PALMER, Appellant.

Submitted February 6, 2012; decided February 9, 2012

Reported below, 88 AD3d 676.

Motion for poor person relief granted.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v CHRISTOPHER PERINO, Appellant-Respondent.

Submitted January 17, 2012; decided February 9, 2012

Reported below, 76 AD3d 456.

Motion to supplement the record denied.